UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY STEWART, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| CITIZEN ADVOCATES, INC. doing business as NORTH STAR FAMILY OF SERVICES, | Civil Action No.: 8:16-CV-01512 (DNH/DJS) |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-captioned action, that whereas no party hereto is an infant or an incompetent person, the above-captioned action be, and the same hereby is, dismissed in its entirety with prejudice, without costs, attorneys' fees, expenses, or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 15, 2017                              Dated: September 25, 2017

THE LAW OFFICE OF CHRISTOPHER Q.         BOND, SCHOENECK & KING, PLLC
DAVIS, PLLC

By: _____      By: _____
    Christopher Q. Davis, Esq. (519132)       Louis Orbach, Esq. (507815)
225 Broadway, Suite 1803                 One Lincoln Center
New York, New York 10007                 Syracuse, New York 13202
Telephone: (646) 430-7930                Telephone: (315) 218-8000
Fax: (646) 349-2504                      Fax: (315) 218-8100

*Attorneys for Plaintiff*                *Attorneys for Defendant*


IT IS SO ORDERED:

_____
         David N. Hurd
United States District Judge

Dated:    September 25, 2017
          Utica, NY

2